FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDIRAHMAN AHMED HASSAN,<br><br>Defendant. | No. 2:18-CR-06014-SMJ<br><br>ORDER ADOPTING THE PARTIES' STIPULATION RE: COMPUTER FORENSIC REVIEW PROCEDURES |

Before the Court, without oral argument, is the Government's Motion for a Protective Order Regulating Disclosure of Discovery and Sensitive Information, ECF No. 21. The Government represents that some of the discovery materials include confidential bank and other financial records and other sensitive information relating to the Defendants and the victims in this matter. The Court has reviewed the proposed protective order, ECF No. 21-1, and finds good cause to adopt the order.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The Government's Motion for a Protective Order Regulating Disclosure of Discovery and Sensitive Information, **ECF No. 21**, and related motion to expedite, **ECF No. 22**, are **GRANTED**.

ORDER - 1

**2.** The Government's Protective Order Regulating Disclosure of Discovery and Sensitive Information Contained Therein, **ECF No. 21-1**, is **ADOPTED** and incorporated in this order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 11th day of April 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2